JMR

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS VACATION FUND, TWIN CITY CARPENTERS APPRENTICESHIP AND TRAINING PROGRAM, CARPENTERS & JOINERS DEFINED CONTRIBUTION PLAN,

Civil File No. 01-2055 JMR/FLN

vs.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

HORDYNSKI CONSTRUCTION, LLC,

Defendant.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: March 22, 2002

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]

Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

Attorneys For Plaintiffs

FILED MAR 27 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: March 26, 2002

Then Honorable James M. Rosenbaum
Judge of District Court

# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

**Andrea Bjergo**, being first duly sworn upon oath, deposes and states that on the 22nd day of March 2002, she served a copy of the Notice of Dismissal Without Prejudice and Order upon:

Brian W. Rude, Esq.
3412 Skycroft Circle
Minneapolis, MN 55418

By depositing the same with postage prepaid with the United States mail at Minneapolis, Minnesota.

Andrea Bjergo

Subscribed and sworn to before me
this 22nd day of March 2002.

Karen K. Weber
Notary Public

KAREN K. WEBER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

82270